CHARLES H. RABERY, Jr., as Executor, etc., Respondent, *v.*
THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COM-
PANY, Appellant.

WILLIAM F. DRAKE et al., Respondents, *v.* THE SAME, Appellant.

ALEXANDER MONROE, Respondent, *v.* THE SAME, Appellant.

THESE cases presented the same questions and were argued
and decided with *Jermain* v. *L. S. & M. S. R. Co.* (*ante*, p. 483).

---

CONRAD CRAMER, as Administrator, etc., Appellant, *v.* JOHN
CHESTER et al., Respondents.

(Submitted February 5, 1883; decided March 6, 1883.)

DECIDED on the facts.

*W. A. Beach* for appellant.

*Sidney S. Harris* for respondents.

DANFORTH, J., reads for affirmance.
All concur.
Judgment affirmed.